**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

              Plaintiff,

V.

DANIEL CELELLI,

              Defendant.

**REPORT AND RECOMMENDATION**

05-CR-6113L

By order dated August 22, 2005, the Honorable David G. Larimer referred the undersigned to "hear and determine" any pretrial matter pending before the court, which a Magistrate Judge may hear and determine pursuant to 28 U.S.C. 636(b)(1)(B) and thereafter to submit to the District Judge proposed finding of fact and recommendations for the disposition by the District Judge. (Docket #2). The defendant filed a motion to dismiss for violation of statute of limitations. (Docket #18). Motion argument was conducted on July 13, 2006 and without objection the Court notified counsel that an oral Report and Recommendation would be issued in court on July 13, 2006 regarding the pending motion to dismiss.

For the reasons set forth by the Court in open court on July 13, 2006, it is my Report and Recommendation that the motion to dismiss made by the defendant on June 22, 2006 be **denied**.

                                        *Marian W Payson*
                                        HON. MARIAN W. PAYSON
                                        UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2006
       Rochester, New York

Pursuant to 28 U.S.C. § 636(b)(1), it is hereby

**ORDERED**, that this Report and Recommendation be filed with the Clerk of the Court.

**ANY OBJECTIONS** to this Report and Recommendation must be filed with the Clerk of this Court within ten (10) days after receipt of a copy of this Report and Recommendation in accordance with the above statute, Fed.R. Civ.P. 72(b) and Local Rule 72.3(a)(3).

The district court will ordinarily refuse to consider on *de novo* review arguments, case law and/or evidentiary material which could have been, but was not, presented to the magistrate judge in the first instance. *See e.g. Patterson-Leitch Co., Inc. v. Massachusetts Municipal Wholesale Electric Co.*, 840 F.2d 985 (1st Cir. 1988).

**Failure to file objections within the specified time or to request an extension of such time waives the right to appeal the District Court's Order.** *Thomas v. Arn*, 474 U.S. 140 (1985); *Wesolek v. Canadair Ltd., et al.*, 838 F.2d 55 (2d Cir. 1988).

The parties are reminded that, pursuant to Rule 72.3(a)(3) of the Local Rules for the Western District of New York, "written objections shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for such objection and shall be supported by legal authority." **Failure to comply with the provisions of Rule 72.3(a)(3), or with the similar provisions of Rule 72.3(a)(2) (concerning objections to a Magistrate Judge's Decision and Order), may result in the District Court's refusal to consider the objection.**

Let the Clerk send a copy of this Order and a copy of the Report and Recommendation to the attorneys for the Plaintiff and the Defendant.

**SO ORDERED.**

_____
Marian W. Payson
United States Magistrate Judge

Dated: July 17, 2006
Rochester, New York